No. 10–8010. VEGA *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 10–8293. IN RE FOSTER;
No. 10–8397. IN RE AL-ZAGHARI;
No. 10–8432. IN RE CARTER;
No. 10–8636. IN RE DANIELS;
No. 10–8703. IN RE RICE; and
No. 10–8704. IN RE RICHARD. Petitions for writs of habeas corpus denied.

No. 10–7775. IN RE CROFT;
No. 10–7884. IN RE BIVENS;
No. 10–8138. IN RE TRADER;
No. 10–8301. IN RE WHITMER; and
No. 10–8412. IN RE SMITHBACK. Petitions for writs of mandamus denied.

No. 10–507. PACIFIC OPERATORS OFFSHORE, LLP, ET AL. *v.* VALLADOLID ET AL. C. A. 9th Cir. Certiorari granted. ■

No. 10–514. STOK & ASSOCIATES, P. A. *v.* CITIBANK, N. A. C. A. 11th Cir. Certiorari granted. ■

No. 09–1215. NORWOOD *v.* VANCE ET AL. C. A. 9th Cir. Certiorari denied. ■